**STATE of Missouri, Respondent,**

v.

**Jerry Lewis BEATTY, Appellant.**

**ED 101387**

Missouri Court of Appeals,
Eastern District,
**Division Three.**

Filed: May 12, 2015

2013, unless otherwise indicated.

Rosalynn Koch, 1000 West Nifong Bdlg. 7, Suite 100, Columbia, MO 65203, for appellant.

Chris Koster, Dora A. Fichter, P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before: Kurt S. Odenwald, P.J., Robert G. Dowd, Jr., J., and Gary M. Gaertner, Jr., J.

### ORDER

PER CURIAM.

Jerry Lewis Beatty appeals his convictions and sentence for domestic assault in the first degree, armed criminal action, burglary in the first degree, resisting arrest, and violation of an order of protection. We have reviewed the briefs of the parties and the record on appeal and conclude that no reversible error occurred. An extended opinion would serve no jurisprudential purpose. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Criminal Procedure 30.25(b) (2014).